JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOEWY ENTERPRISES, d/b/a SUNRISE PRODUCE COMPANY <br><br> Plaintiff, <br> v. <br><br> SENIOR CARE MANAGEMENT, LLC A California Limited Liability Corporation, d/b/a AUTUM YEARS AT NEWPORT; MONARCH BUENA VISTA; MONARCH RANCHO MIRAGE; MONARCH VILLA BONITA; SEASONS AT ARCADIA ROYALE; SEASONS AT CORONADO; SEASONS AT LA HABRA and SEASONS AT MONTCLAIR <br><br> and <br><br> SENIOR CARE MANAGEMENT GROUP, LLC d/b/a AUTUMN YEARS AT NEWPORT; MONARCH BUENA VISTA; MONARCH RANCHO MIRAGE; MONARCH VILLA BONITA; SEASONS AT ARCADIA ROYALE; SEASONS AT CORONADO; SEASONS AT LA HABRA and SEASONS AT MONTCLAIR <br><br> and <br><br> SENIOR CARE COMMUNITIES MANAGEMENT, LLC d/b/a AUTUMN YEARS AT NEWPORT; MONARCH BUENA VISTA; MONARCH RANCHO MIRAGE; MONARCH VILLA BONITA; | Case No: SACV 09-00339 JVS(ANx) <br><br> **ORDER OF DEFAULT JUDGMENT** |

Order of Default Judgment - 1

| | |
|---|---|
| SEASONS AT ARCADIA ROYALE; SEASONS AT CORONADO; SEASONS AT LA HABRA and SEASONS AT MONTCLAIR | ) ) ) ) ) |
| and | ) ) |
| CRAIG JOHNSON | ) ) |
| and | ) ) |
| DANIEL A. SALCEDA | ) ) |
| Defendants | ) ) |

Upon the Motion of Plaintiff's, the Memorandum in Support, Declaration of Plaintiff's Counsel, and Declaration of Plaintiff's Representative demonstrating that: Defendants Senior Care Management LLC, A California Limited Liability Company, d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Senior Care Management Group, LLC d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Seniorcare Communities Management LLC d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Craig Johnson and Daniel A. Salceda failed to plead or otherwise defend in this action; Defendants Senior Care Management LLC, A California Limited Liability Company, d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Senior Care Management Group, LLC d/b/a Autumn Years At Newport; Monarch

Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Seniorcare Communities Management LLC d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Craig Johnson and Daniel A. Salceda owe Plaintiffs the sum of $30,856.75 as a trust debt under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499(e)(c) ("PACA"); and Defendants Craig Johnson and Daniel A. Salceda are not infants, incompetent persons, or in the military service of the United States, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Loewy Enterprises d/b/a Sunrise Produce Co. is a valid trust beneficiary of Senior Care Management LLC, A California Limited Liability Company, d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Senior Care Management Group, LLC d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Seniorcare Communities Management LLC d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Craig Johnson and Daniel A. Salceda, jointly and severally, under Section 5(c) of the PACA, 7 U.S.C. §499e(c), in the amount of $18,934.70; and it is further

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of Plaintiff Loewy Enterprises d/b/a Sunrise Produce Co. and against Defendants Senior Care Management LLC, A California Limited Liability Company, d/b/a Autumn Years At Newport;

Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Senior Care Management Group, LLC d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Seniorcare Communities Management LLC d/b/a Autumn Years At Newport; Monarch Buena Vista; Monarch Rancho Mirage; Monarch Villa Bonita; Seasons at Arcadia Royale; Seasons at Coronado; Seasons at La Habra and Seasons at Montclair, and Craig Johnson and Daniel A. Salceda, jointly and severally, in the principal amount of $18,934.70 plus interest in the amount of $3,173.36 and attorney's fees in the amount of $8,418.69, for a total judgment amount of $30,526.75, under the trust provisions of the PACA, 7 U.S.C. §499e(c).

Dated: October 23, 2009

_____
Judge, United States District Court